👉 **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

    - v -                          :          NOTICE OF INTENT TO
                                                  FILE AN INFORMATION
COLIN TSAI,                      :
    a/k/a "Chang Yeh Tsai,"
                                     :
        Defendant.
                                                  **08 CRIM 536**
- - - - - - - - - - - - - - - x

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         May 12, 2008

                        MICHAEL J. GARCIA
                        United States Attorney

        By: _____
             Jonathan B. New
             Assistant United States Attorney

        AGREED AND CONSENTED TO:

        By: _____
             Gilbert R. Geilim
             Attorney for COLIN TSAI

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

5/15/08  WHEEL A

TOTAL P.002