UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,            :

    - v -                              :    **INFORMATION**

COLIN TSAI,                          :    08 Cr.
    a/k/a "Chang Yeh Tsai,"
                           :

        Defendant.
                             :
- - - - - - - - - - - - - - - - x



COUNT ONE

    The United States Attorney charges:

    1.  From in or about 2003 through in or about November 2007, in the Southern District of New York and elsewhere, COLIN TSAI, a/k/a "Chang Yeh Tsai," the defendant, and others known and unknown, unlawfully, willfully and knowingly, did import and bring into the United States, merchandise contrary to law, and did receive, conceal, buy, sell and in any manner facilitate the transportation, concealment and sale of such merchandise after importation, knowing the same to have been imported and brought into the United States contrary to law, to wit, TSAI smuggled into the United States shipping containers containing counterfeit clothing bearing various urban and hip-hop style designer labels, and then arranged transportation of that merchandise for distribution in the New York City metropolitan

area and elsewhere.

    (Title 18, United States Code, Sections 545 and 2.)


*Michael J. Garcia*
_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

COLIN TSAI,
a/k/a "Chang Yeh Tsai,"

Defendant.

**INFORMATION**

08 Cr.

(Title 18, United States Code,
Sections 545 and 2)

MICHAEL J. GARCIA
United States Attorney.