Judge Berman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA          :

       v.                              :

COLIN TSAI,                       :       08 Cr.      (RMB)
   a/k/a "Chang Yeh Tsai,"
                                  :
        Defendant.
                                  :       **08 CRIM 536**
------------------------------X

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 545 and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                   *[signature]*
                                   Colin Tsai, a/k/a Chang Yeh Tsai
                                   Defendant

                                   J. Vincent Reppert
                                   Witness

                                   J Vincent Reppert
                                   Counsel for Defendant
                                   for Gilbert Geilim, Esq.

Date:  New York, New York
        June 12, 2008

*[USDC SDNY filing stamp]*

0202