LAW OFFICES OF
**GILBERT R. GEILIM**
A PROFESSIONAL LAW CORPORATION
4929 WILSHIRE BOULEVARD, SUITE 825
LOS ANGELES, CALIFORNIA 90010
TELEPHONE: (323) 937-5555
FACSIMILE: (323) 937-4551
E-MAIL: grglaw@hotmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

June 23, 2008
*VIA FACSIMILE (212) 805-6717 ONLY*

Honorable Judge Richard M. Berman

Re:   U.S.A. v. Colin Tsai
      Case No.: 08-cr-00536-RMB

Dear Honorable Judge Berman:

My office respectfully requests an adjournment of the above-matter presently set for Pre-Trial Conference on June 24, 2008 to July 17 or 18, 2008. This requests is made because Mr. Geilim, attorney for Defendant Colin Tsai, recently fractured his arm, making travel to New York from Los Angeles difficult. Jonathan New of the United States Attorney's Office has been notified of this request and has no objections. Additionally, Mr. Tsai consents to an exclusion of time and waives any speedy trial issues.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,
GILBERT R. GEILIM,
A PROFESSIONAL LAW CORP.

DICTATED, NOT READ

BY:   GILBERT R. GEILIM

GRG:jg

cc:   Jonathan B. New, A.U.S.A.
      United States Attorney's Office
      1 St. Andrews Plaza
      New York, NY 10007
      Fax:   (212) 637-0097

Application for an adjournment is granted on consent. Conference is now scheduled for 7-17-08 at at 11:00 a.m. Speedy Trial Time is excluded for the reasons set forth pursuant to 18 USC 3161 (h)(8)(A) (B)

SO ORDERED:
Date: 6-23-08
Richard M. Berman, U.S.D.J.