07/15/08 TUE 22:24 [TX/RX NO 8553]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

LAW OFFICES OF
**GILBERT R. GEILIM**
A PROFESSIONAL LAW CORPORATION
4929 WILSHIRE BOULEVARD, SUITE 825
LOS ANGELES, CALIFORNIA 90010
TELEPHONE: (323) 937-5555
FACSIMILE: (323) 937-4551
E-MAIL: grglaw@hotmail.com

July 15, 2008
*VIA FACSIMILE (212) 805-6717* 

RECEIVED
JUL 16 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Honorable Judge Richard M. Berman

Re:   U.S.A. v. Colin Tsai
      Case No.: 08-cr-00536-RMB

Dear Honorable Judge Berman:

Both my office and Jonathan New of the Untied States Attorney's Office respectfully requests an adjournment of the above-matter presently set for Pre-Trial Conference on July 17, 2008 to sometime in August. Exact dates of availability of both parties will be sent to you tomorrow. This request is made because negotiations are ongoing between myself and Jonathan New. Additionally, Mr. Tsai consents to an exclusion of time and waives any speedy trial issues.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,
**GILBERT R. GEILIM,**
**A PROFESSIONAL LAW CORP.**

BY:   GILBERT R. GEILIM

GRG:jg

cc:   Jonathan B. New, A.U.S.A.
      United States Attorney's Office
      1 St. Andrews Plaza
      New York, NY 10007
      Fax:   (212) 637-0097

*Conference is adjourned to 9-20-08 at 10:45 a.m.. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.*

SO ORDERED:
Date: 7-16-08
Richard M. Berman
Richard M. Berman, U.S.D.J.

07/15/2008 19:24  3239374551  GEILIM LAW OFFICE  PAGE 02/02