08/18/08 MON 18:51 ITX/RX NO 8646]

**MEMO ENDORSED**


RECEIVED
AUG 18 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

LAW OFFICES OF
**GILBERT R. GEILIM**
A PROFESSIONAL LAW CORPORATION
4929 WILSHIRE BOULEVARD, SUITE 825
LOS ANGELES, CALIFORNIA 90010
TELEPHONE: (323) 937-5555
FACSIMILE: (323) 937-4551
E-MAIL: grglaw@hotmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

August 18, 2008
*VIA FACSIMILE (212) 805-6717 ONLY*

Honorable Judge Richard M. Berman

Re:  U.S.A. v. Colin Tsai
     Case No.: 08-cr-00536-RMB

Dear Honorable Judge Berman:

Both my office and Jonathan New of the Untied States Attorney's Office respectfully request an adjournment of the above-matter presently set for Pre-Trial Conference on August 20, 2008 to October 16, 2008. This request is made because negotiations are ongoing between myself and Jonathan New. Additionally, Mr. Tsai consents to an exclusion of time and waives any speedy trial issues.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,
**GILBERT R. GEILIM,
A PROFESSIONAL LAW CORP.**

BY:  GILBERT R. GEILIM

GRG:jg

cc:  Jonathan B. New, A.U.S.A.
     United States Attorney's Office
     1 St. Andrews Plaza
     New York, NY 10007
     Fax:  (212) 637-0097

Conference is adjourned to 9-25-08 at 10:00 a.m. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 8-19-08
Richard M. Berman, U.S.D.J.